IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM BREWER,<br><br>                Defendant. | **4:14MJ3037**<br><br>**ORDER** |

      The court has orally examined the financial status of the defendant in support of Defendant's request for appointed counsel. After a review of the Financial Affidavit, the court finds the above-named defendant is currently eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

      Accordingly,

      IT IS ORDERED:

1)     The Federal Public Defender for the District of Nebraska is appointed, and Michael Hansen shall promptly enter an appearance as counsel for the above named defendant.

2)     The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

June 17, 2014.

                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge